JS - 6

O

cc: order, docket, remand letter to
Imperial County Superior Court, Civil,
El Centro, No. ECU06993

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA BRISEÑO AND ANGEL BRISEÑO, | Case No. CV 13-04043 DDP (PJWx) |
| Plaintiff, | **ORDER REMANDING CASE** |
| v. | |
| TOYOTA OF NORTH AMERICA; AL MAZOON USED CARS TR, LLC, | |
| Defendants. | |

On June 4, 2013, Plaintiffs, represented by counsel, filed the instant products liability suit in Imperial County Superior Court. On June 5, 2013, Plaintiffs removed to this court on the basis of diversity jurisdiction.

Portions of the complaint are unintelligible, and appear to refer to unrelated matters.  (E.g., Complaint ¶ 26, 29.)[1]  In any event, it is well settled that "[t]he right to remove a state court

---

[1] Though the Complaint names Defendant Al Mazoon Used Cars TR, LLC, there are no factual allegations regarding this defendant. Instead, the Complaint includes allegations against Roger's and Roger's Toyota, an unnamed party that appears to be a California citizen.

1  case to federal court is clearly limited to defendants." <u>Am. Int'l</u>
2  <u>Underwriters, Inc. v. Cont'l Ins. Co.</u>, 843 F.2d 1253, 1260 (9th
3  Cir. 1988); 28 U.S.C. § 1441(a). A plaintiff cannot remove a state
4  court action to federal court, even if he could have originally
5  filed in federal court. <u>Id.</u>

6      Furthermore, it is clear from the face of the complaint that
7  Plaintiffs could <u>not</u> have originally brought this action in federal
8  court. Plaintiffs allege that this court has diversity
9  jurisdiction over this matter. A federal court may exercise
10 diversity jurisdiction when there is complete diversity between the
11 parties and the amount in controversy exceeds $75,000. 28 U.S.C. §
12 1332. "[T]he presence of a single plaintiff from the same State as
13 a single defendant deprives the district court of original
14 jurisdiction." <u>Exxon Mobil Corp. v. Allapattah Servs., Inc.</u>, 545
15 U.S. 546, 533 (2005). The complaint alleges that Plaintiff and
16 Defendant Toyota North America, Inc. are both citizens of
17 California. (Compl. ¶¶ 27, 33.) The parties are, therefore, not
18 completely diverse, and this court has no jurisdiction over this
19 matter.

20      For these reasons, this case is REMANDED to the Superior Court
21 of California, County of Imperial.

22
23
24 IT IS SO ORDERED.
25
26
27 Dated:June 11, 2013
                                            DEAN D. PREGERSON
28                                          United States District Judge

                                    2